## WILLIAMS v. WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 126, September Term, 1957.]

*Decided May 23, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

This is an application for leave to appeal from a denial of a writ of *habeas corpus*. We have carefully examined all of the points raised by the petitioner. We have repeatedly held that all of the questions raised, as presented here, are not available upon *habeas corpus* proceedings.

*Application denied, with costs.*